UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMAL GARDNER,

               Petitioner,

    v.

FEDERAL BUREAU OF PRISONS,

               Respondent.

CASE NO. 2:24-cv-01413-JCC-GJL

ORDER VACATING ORDER FOR SERVICE AND RETURN

The District Court has referred this Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 to United States Magistrate Judge Grady J. Leupold. On October 1, 2024, the Court entered an Order directing service of the Petition, as well as a response to the Petition within 30 days of the date of the Order. *See* Dkt. 5. The Court inadvertently directed service upon the United States Attorney by electronic means rather than by registered or certified mail, return receipt requested. *See id*. As service by electronic means should not have been directed, the Order entered on October 1, 2024 (Dkt. 5) must be vacated.

//

//

ORDER VACATING ORDER FOR SERVICE AND
RETURN - 1

1. Thus, the Clerk of Court is directed to **VACATE** the Order directing service (Dkt. 5).

2. Further, **Respondent shall not respond to the Petition until further Order of Court**.

Dated this 4th day of October, 2024.

Grady J. Leupold
United States Magistrate Judge