UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMAL GARDNER,

                 Petitioner,

v.

WARDEN, FEDERAL DETENTION CENTER, SEATAC,

                 Respondent.

CASE NO. 2:24-cv-01413-JCC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's federal habeas Petition (Dkt. 1) is construed as a Motion for sentence modification (compassionate release) under 18 U.S.C. § 3582(c)(1) and shall be filed in the matter *United States v. Gardner*, No. 2:21-cr-00191-RAJ-1 (W.D. Wash. 2021) (Jones, J.).

(3)     Petitioner's federal habeas Petition (Dkt. 1) is dismissed without prejudice.

(4)     The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

**DATED** this 23rd day of October, 2024.

JOHN C. COUGHENOUR
United States District Judge